FILED BY _____ D.C. **UNITED STATES DISTRICT COURT**
**FOR THE**
05 MAY 18  PM 3: 3 **WESTERN DISTRICT OF TENNESSEE**

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆.

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CR. No. 02-20052-D** |
| **vs.** | ) | |
| | ) | |
| **RODNEY DUNLAP** | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Camille R. McMullen, AUSA applies to the Court for a Writ to have <u>Rodney Dunlap #18222-076</u> now being detained in the <u>FCI-Memphis</u>, appear before <u>Hon. Jon P. McCalla</u>, on <u>19th May, 2005</u> at <u>3:30 p.m.</u> for an <u>Re-Sentencing</u> and for such other appearances as this Court in ___ direct.

Respectfully submitted this <u>18th</u> day of <u>May</u>, <u>2005</u>.

**CAMILLE R. MCMULLEN**
**Assistant U. S. Attorney**

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN, **Mark Luttrell**

YOU ARE HEREBY COMMANDED to have <u>Rodney Dunlap, #18222-076</u> appear before the Honorable <u>Judge McCalla</u> at the date and time aforementioned.

ENTERED this _18th_ day of ___May___, 2005.

**S. Thomas Anderson**
**UNITED STATES MAGISTRATE JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __5 - 19 -05__

71

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:02-CR-20052 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Randall P. Salky
LAW OFFICE OF RANDALL SALKY
266 S. Front St.
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT